TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00378-CV

Wesley R. Tibbets, Appellant

v.

Texas Workers' Compensation Insurance Facility, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 96-09482, HONORABLE MARY PEARL WILLIAMS, JUDGE PRESIDING 

PER CURIAM

 Appellant Wesley R. Tibbets and appellee Texas Workers' Compensation Insurance
Facility jointly move this Court to dismiss Wesley R. Tibbets's appeal in this cause. We grant the
motion.

 We dismiss the appeal. Tex. R. App. P. 42.1(a).

Before Justices Powers, Aboussie and Kidd

Dismissed on Joint Motion

Filed: October 22, 1998

Do Not Publish